DOE, C. J.   The plaintiff does not attempt to sustain any of his exceptions; and we see no cause for a new trial.

*Judgment for the defendants.*

BINGHAM, SMITH, and CLARK, JJ., did not sit: the others concurred.

---

[Carroll, June, 1879.]

PALMER & a. v. DREW.

*Pease* and *Copeland,* for the plaintiffs.

*Hobbs,* for the defendant.

DOE, C. J.   The case having been referred with an agreement that the award should be final, the defendant is not entitled to a jury trial.

No exceptions were taken at the trial, and no cause appears for granting the defendant's motion to reject the report.

*Judgment for the plaintiffs.*

SMITH J., did not sit: the others concurred.

---

[Merrimack, June, 1879.]

NATIONAL STATE CAPITAL BANK v. CONCORD.

*Sargent & Chase,* for the plaintiffs.

*C. P. Sanborn,* for the defendants.

The facts in this case were the same as appear in *First National Bank* v. *Concord, ante* 75, and the decision was the same.

---

[Merrimack, December, 1879.]

DAVIS v. WEBSTER.

*Albin,* for the plaintiff.

*Barnard,* for the defendant.